1

2                                                       The Hon. Ronald B. Leighton

3

4

5

6

7

8

9

10                          **UNITED STATES DISTRICT COURT**
                        **WESTERN DISTRICT OF WASHINGTON**

11

BRENDA L. ENGHAUS, a married individual,        )

12                                                          )

            Plaintiff,                          )

13                                                          )        No.    CV 05-5721  RBL

        vs.                                     )

14                                                          )

CHRISTOPHER C. KAIN and JANE DOE                )   **STIPULATION AND ORDER**

15   KAIN, husband and wife and the marital         )   **REGARDING FED.R.CIV.PRO.**

community composed thereof, CHRISTOPHER         )   **35 EXAMINATION OF**

16   C. KAIN, M.D., INC., P.S., a Washington         )   **PLAINTIFF**

professional service corporation, HARRISON      )

17   MEDICAL CENTER, a Washington nonprofit         )

corporation ,                                   )

18                                                          )

                                                )

19            Defendants.                       )

                                                )

20

21

22

STIPULATION AND ORDER REGARDING                                          Law Offices
FED.R.CIV.PRO. 35 EXAMINATION OF                        **T. JEFFREY KEANE**, PLLC
                                                            14205 SE 36th Street, Suite 325
PLAINTIFF - 1                                                Bellevue, Washington  98006
                                                     425-460-2294 • Facsimile 425-401-8491

1956949.1

1

2                                      **STIPULATION**

3          IT IS HEREBY stipulated and agreed by and between the parties through their

4   respective counsel of record, that plaintiff shall attend a Fed.R.Civ.Pro. 35 examination

5   subject to the conditions contained in the following Order.

6          DATED this 15th day of January, 2007.

7

LAW OFFICES OF T. JEFFREY                   WILLIAMS KASTNER &
8       KEANE, PLLC                                GIBBS, PLLC

9

10  By: /s/_____             By: /s/_____
        T. Jeffrey Keane, WSBA #8465                Elizabeth McAmis, WSBA #24224
11      Attorney for Plaintiff                       Attorney for Defendants Kain

12  JOHNSON, GRAFFE, KEAY, MONIZ
        & WICK, LLP

13

14  By: /s/_____
        Eugene Studer, WSBA #20175
15      Attorney for Harrison Hospital

16

17                                        **ORDER**

18         This matter having come before this Court by stipulation of the parties, it is hereby

19  ORDERED, ADJUDGED, AND DECREED that plaintiff, Brenda Enghaus n/k/a Brenda

20  Foot, is to be examined pursuant to Fed.R.Civ.Pro. 35 under the following conditions:

21         1.      Plaintiff will be examined by Cathy Elvins, OTR/L, CHT, at the request of

22  defendant Kain, on January 18, 2007 starting at 8:00 a.m., at NW Sports Physical Therapy,

STIPULATION AND ORDER REGARDING                                    Law Offices
FED.R.CIV.PRO. 35 EXAMINATION OF                    **T. JEFFREY KEANE,** PLLC
                                                         14205 SE 36th Street, Suite 325
PLAINTIFF - 2                                            Bellevue, Washington  98006
                                                    425-460-2294 • Facsimile 425-401-8491

1956949.1

4411 Pt. Fosdick Drive, Suite 101, Gig Harbor, Washington.  The examination will not exceed four hours.  Fine and gross motor testing of hands and upper extremities will be done during the examination, including the following specific tests (the plaintiff's heart rate shall be monitored with a heart rate monitor during the testing):

| | | |
|---|---|---|
| a. | Minnesota Rate of Manipulation |
| b. | Valpar 9 Work Station |
| c. | Grip strength (including Jaymar testing, grip dynamometer) |
| d. | Pinching ability/strength |
| e. | Lifting/carrying |
| f. | Purdue Peg Board |
| g. | Push/Pull |
| h. | WEST Tool Sort |
| i. | Ladder climb |
| j. | Upper body ergomometer |

Other than the tests described, plaintiff will not be required to undergo any additional tests, exams, interviews, or other assessments or tests of any kind.

2.     The testing and examination shall not include any invasive procedures, nor any radiographic studies, nor any bodily fluid testing.  At the sole option of plaintiff, the testing and examination may be audiotaped and photographed (still photos) using a hand held digital camera.  The photos would be of plaintiff only (photos of the examiner cannot be made absent permission of the defense and the examiner, other than photos of the examiners hands/arms showing the examination).  The defense would be provided copies of any audio tapes (at defense expense) and still photos (provided in electronic form) made by plaintiff.  The defense is also entitled to take still photos under the same conditions.  Plaintiff's counsel

STIPULATION AND ORDER REGARDING
FED.R.CIV.PRO. 35 EXAMINATION OF

PLAINTIFF - 3

Law Offices
T. JEFFREY KEANE, PLLC
14205 SE 36th Street, Suite 325
Bellevue, Washington  98006
425-460-2294 • Facsimile 425-401-8491

1956949.1

shall be allowed to attend the testing and examination, if he chooses.  Counsel for the plaintiff shall be limited to observing the examination and testing (and audio and/or photographing as set forth above).  This order does not address the use or admissibility at trial of any audio recordings or photos made of this examination.

3.      Plaintiff has no obligation to provide any written information of any kind to the examiner at any time.  Should plaintiff elect to provide no written information to the examiner, no criticism or comment may be directed to plaintiff, whether during the Fed.R.Civ.Pro. 35 examination, or at any other later time, concerning her decision to provide, or to not provide, written information to the examiner.

4.      Plaintiff has no obligation of any kind to provide records, films, or other materials to examiner.

5.      Defendant Kain's counsel shall provide to plaintiff's counsel copies of all correspondence, records, or other materials provided to the examiner no later than January 19, 2007.

6.      Defendant Kain's counsel shall notify the examiner listed in Paragraph 1, above, of the terms and conditions of this stipulation and court order at least 48 hours prior to the examination.

7.      Following the preparation of any report by the examiner, defendant shall provide plaintiff's counsel with a full copy of the report and copies of any notes, whether

STIPULATION AND ORDER REGARDING
FED.R.CIV.PRO. 35 EXAMINATION OF

PLAINTIFF - 4

1956949.1

1

2   written or recorded, taken by the examiner, within five (5) days of defendant Kain's counsel's

3   receipt of same.

4          Dated this 18th day of January, 2007.

5

6

7

8   RONALD B. LEIGHTON
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STIPULATION AND ORDER REGARDING
FED.R.CIV.PRO. 35 EXAMINATION OF

PLAINTIFF - 5

Law Offices
**T. JEFFREY KEANE**, PLLC
14205 SE 36th Street, Suite 325
Bellevue, Washington  98006
425-460-2294 • Facsimile 425-401-8491

1956949.1

1

2      PRESENTED BY:

3      LAW OFFICES OF T. JEFFREY
              KEANE, PLLC
4

5      By: /s/_____
6             T. Jeffrey Keane, WSBA #8465
              Attorney for Plaintiff
7
       Service Accepted, Notice of Presentation
8      Waived, Consent to Entry Given:

9

10     WILLIAMS KASTNER & GIBBS, PLLC

11
       By: /s/_____
12            Elizabeth McAmis, WSBA 24224
              Attorney for Defendants Kain
13

14     JOHNSON, GRAFFE, KEAY, MONIZ
              & WICK, LLP
15

16     By: /s/_____
17            Eugene Studer, WSBA #20175
              Attorney for Harrison Hospital
18

19

20

21

22

STIPULATION AND ORDER REGARDING
FED.R.CIV.PRO. 35 EXAMINATION OF

PLAINTIFF - 6

1956949.1

Law Offices
T. JEFFREY KEANE, PLLC
14205 SE 36th Street, Suite 325
Bellevue, Washington  98006
425-460-2294 • Facsimile 425-401-8491